UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LIBERTY MUTUAL INSURANCE COMPANY,
AMERICAN STATES INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION,
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY MUTUAL MID ATLANTIC INSURANCE
COMPANY,
LIBERTY MUTUAL PERSONAL INSURANCE
COMPANY,
LM GENERAL INSURANCE COMPANY,
LM INSURANCE CORPORATION,
SAFECO INSURANCE COMPANY OF ILLINOIS,
SAFECO INSURANCE COMPANY OF INDIANA,
THE FIRST LIBERTY INSURANCE CORPORATION and
WAUSAU UNDERWRITERS INSURANCE COMPANY,

                       Plaintiffs,

   -against-

ADVANCED COMPREHENSIVE LABORATORY, LLC
d/b/a TOPLAB,
YAN MOSHE a/k/a YAN LEVIEV
MARK GLADSTEIN, M.D.,
VICTORIA FRENKEL,
VADIM DOLSKY,

and

*The Unnamed Kickback Defendants*
JOHN AND JANE DOES 1-10
ABC ENTITIES 1-10

                       Defendants.

------------------------------------------------------------------X

Case No.: 1:22-cv-3541

**STIPULATION OF
VOLUNTARY DISMISSAL**

## STIPULATION OF VOLUNTARY DISMISSAL

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all Plaintiffs, Liberty Mutual Insurance Company, et al., (collectively, "Plaintiffs" or "Liberty Mutual") and all Defendants, that the Plaintiffs' claims against

Defendants in this action are voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

There are no pending counterclaims in the action.

Plaintiffs and Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action. This stipulation may be signed in counterparts. Facsimile or electronic signatures shall be treated as originals. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Bruno, Gerbino, Soriano & Aitken LLP | The Russell Friedman Law Group, LLP |
| *Vincent F. Gerbino* | |
| By:   Vincent F. Gerbino | By:   Charles Horn, Esq. |
| *Attorneys for the Plaintiffs* | *Attorneys for the Defendants* |
| 445 Broad Hollow Road – Suite 420 | 400 Garden City Plaza, Suite 500 |
| Melville, New York 11747 | Garden City, New York 11530 |
| (631) 390-0010 | (516) 221-3700 |
| vgerbino@bgslaw-ny.com | chorn@rfriedmanlaw.com |
| BGS&A No.: 185-3053 | |